# UNITED STATES DISTICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Lacy Woods,** | |
| Plaintiff, | Case No. |
| v. | |
| **Reward Zone USA LLC,** | 5:21-cv-00065-LCB |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

And now, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lacy Woods , by and through her attorneys, files the instant notice of voluntary dismissal of her claims asserted against Defendants WITHOUT PREJUDICE

Respectfully submitted,

*/s/* Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, PC
30 E. Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
aginsburg@creditlaw.com

Dated: June 3, 2021