UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **LACY WOODS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No.: 5:21-cv-0065-LCB |
| | ) |
| **REWARD ZONE USA, LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## **MEMORANDUM**

The Plaintiff filed a complaint on January 15, 2021. (Doc. 1). On June 4, 2021, the Plaintiff filed a motion to voluntarily dismiss her claims against all defendants without prejudice. (Doc. 21). A party may voluntarily dismiss a lawsuit without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants in this case have not filed an answer or a motion for summary judgment.

Because the Plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the "dismissal [was] effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** June 4, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE